McKINLEY ASSOCIATES, LLC,
Plaintiff–Appellant,

v.

McKESSON HBOC, INC., fka
McKesson Corporation,
Defendant–Appellee.

No. 00–9229.

United States Court of Appeals,
Second Circuit.

April 10, 2001.

Thomas F. Knab, Saperston & Day, Buffalo, NY, for appellant.

Thomas E. Reidy, Ward Norris Heller & Reidy, Rochester, NY, for appellee.

Present OAKES, KEARSE, and JOSÉ A. CABRANES, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Western District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Richard J. Arcara's Order dated August 22, 2000, adopting, following a *de novo* review, the Report and Recommendation of Magistrate Judge Leslie G. Foschio dated May 30, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.